SCWC-14-0000596

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF A.A.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000596; FC-S NO. 11-0042)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Mother-Appellant's Application for Writ of

Certiorari, filed on May 18, 2015, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 29, 2015.

| | |
|---|---|
| Rebecca A. Copeland for petitioner/mother-appellant | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Diana M. Mellon-Lacey, Mary Anne Magnier, and Jay Goss for respondent Department of Human Services | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

